Mario LLAMAS–GUTIERREZ; Cristina Llamas, a.k.a. Maria Cristina Llamas, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–72865.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 23, 2011.

Christopher John Stender, Esquire, Stender & Associates, P.C., San Diego, CA, for Petitioners.

Elizabeth Do Kurlan, U.S. Department of Justice, Washington, DC, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Mario Llamas–Gutierrez and Cristina Llamas, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's decision denying their applications for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo questions of law. *Altamirano v. Gonzales*, 427 F.3d 586, 591 (9th Cir.2005). We dis-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

miss in part and deny in part the petition for review.

We lack jurisdiction to consider petitioners' contentions that they did not knowingly and voluntarily consent to their August 23, 1998, expedited removal orders, because it would require us to "nullify the continuing effects of [those] order[s]," which 8 U.S.C. § 1252(a)(2)(A) bars. *Avendano–Ramirez v. Ashcroft,* 365 F.3d 813, 818–19 (9th Cir.2004).

Because the agency correctly determined that the expedited removal orders precluded petitioners from establishing the continuous physical presence required for cancellation of removal, *see Juarez–Ramos v. Gonzales,* 485 F.3d 509, 512 (9th Cir. 2007), we need not reach their remaining contentions.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**